RICHARD C. JOHNSON (SBN 40881)
ANNE M. BEVINGTON (SBN 111320)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
abevington@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

JOHN P. BOGGS (SBN 172578)
FINE, BOGGS & PERKINS LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, CA 94019
(650) 712-8908
(650) 712-7540 – Direct
(650) 712-1712 – Facsimile
jboggs@employerlawyers.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; RICH PIOMBO and RUSSELL E. BURNS, as Trustees,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TRACTOR EQUIPMENT SALES, INC., a California corporation; STEVEN E. VAN TUYL, individually and as trustee of THE VAN TUYL 2003 LIVING TRUST, as amended; RENA E. VAN TUYL, individually and as trustee of THE VAN TUYL 2003 LIVING TRUST, as amended and; and DOES 1-20,<br><br>　　　　Defendants. | Case No.: C 12-01056 WHO<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and ORDER**<br><br>Date:　　　January 14, 2014<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. William H. Orrick<br>Location:　Courtroom 2, 17th Floor<br>　　　　　　450 Golden Gate Ave.<br>　　　　　　San Francisco, California<br><br>**First Amended<br>Complaint filed:　August 9, 2013<br>Trial Date:　　　November 14, 2014** |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, | Case No.:  CV 13-3703 WHO |

- 1 -　　STIPULATION TO CONTINUE CASE
　　MANAGEMENT CONFERENCE; ORDER
CASE NO. C 12-01056 WHO and CV 13-3703 WHO

| | |
|---|---|
| BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, JOSE SANTANA, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUG CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee, | |
| Plaintiffs, | |
| v. | |
| TRACTOR EQUIPMENT SALES, INC., a California corporation; STEVEN E. VAN TUYL, individually and as trustee of the THE VAN TUYL 2003 LIVING TRUST, as amended; RENA E. VAN TUYL, individually and as trustee of the THE VAN TUYL 2003 LIVING TRUST, as amended and; and DOES 1-20, | |
| Defendants. | |

The parties hereby stipulate as follows:

1. Case Management Conferences in said instant actions are currently scheduled for January 14, 2014, per Docket Nos. 17 and 52.

2. On December 24, 2013, the Court issued its order (Docket Nos. 22 and 57) granting the parties' stipulation to extend the mediation deadline to February 7, 2014, and there is a mediation session scheduled for that date.

3. Parties hereby stipulate that the Further Case Management Conference currently on calendar for January 14, 2014, 2:00 p.m. be continued following the mediation session to 2:00 p.m. on Tuesday, March 4, 2014, with the Joint Case Management Conference Statement, to be due on Tuesday, February 25, 2014.

///

///

///

- 2 -   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
CASE NO. C 12-01056 WHO and CV 13-3703 WHO

G:\WHOALL\_CV\2012\2012_01056_Pension_Trust_Fund_for_Operating_Engineers_v_Tractor_Equipment_Sales\12-cv-01056-WHO-Proposed_Joint_Stipulation_to_Continue_CMC.docx

1  ///

2  IT IS SO STIPULATED.

3  Dated: January 2, 2014.    SALTZMAN & JOHNSON LAW CORPORATION

5  By: _____/S/_____
   Anne M. Bevington
   Attorneys for Plaintiffs

7  Dated: January 2, 2014.    FINE, BOGGS & PERKINS LLP

8  By: _____/S/_____
   John P. Boggs
   Attorneys for Defendants

ORDER

12 IT IS SO ORDERED.

13 DATED: January 2, 2014

   _____
   WILLIAM H. ORRICK
   UNITED STATES DISTRICT JUDGE

- 3 -    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
CASE NO. C 12-01056 WHO and CV 13-3703 WHO